# MEMORANDUM DECISIONS.

J. M. BOYER, *Appellee*, v. THE STATE FARMERS' MUTUAL
HAIL INSURANCE COMPANY et al., *Appellants*.

No. 17,427.

### OPINION DENYING A REHEARING.

Appeal from Jewell district court. Opinion denying
a rehearing, filed May 11, 1912. Rehearing denied.
Judgment modified. (For original opinion, see 86 Kan.
442, 121 Pac. 329.)

*C. L. Kagy*, and *R. M. Anderson*, for the appellants.

*C. M. Higley*, *J. S. Boyer*, and *R. C. Postlethwaite*,
for the appellee.

*Per Curiam:* The petition for a rehearing filed in this case
presents nothing, so far as the merits of the controversy are
concerned, which requires further consideration. Therefore the
petition is denied. Since, however, the loss and damage sued for
were not claimed under the policy, attorney's fees were not re-
coverable, and the judgment should be modified by striking out
that item.